SO ORDERED.

DONE and SIGNED October 5, 2015.



_____
JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE
_____

United States Bankruptcy Court
Western District of Louisiana
Shreveport Division

IN RE: JAMES MILTON POLLARD                                  Bankruptcy Case Number: 14-11192

### ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) Plan was filed on <u>JUNE 10, 2014</u> and was modified on <u>AUGUST 28, 2015</u>. A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT: The Debtor's Chapter 13 Plan is confirmed with the following provisions:

1. **Payments:**
   **Total Payments:** <u>*$2,000.00 TOTAL PAID IN FOR THE MONTHS 1-15*</u> as of <u>AUGUST 2015</u>
   **Amount of each Monthly Plan Payment:** <u>*$200.00*</u> per month for <u>33</u> months.

   Monthly Plan Payments shall be due on the <u>26th</u> day of each month, beginning <u>SEPTEMBER 2015</u>.
   Term of Plan Payments shall be <u>48</u> months.
   **Special / Additional Provisions:** <u>Debtor(s) is required to obtain Court approval prior to entering into any contractual agreement wherein the Debtor(s) buys, sells or leases any automobile, major personal property, real property, Debtor's home, or any Debtor's oil, gas, mineral interest.</u>

   [X] This Plan Confirmation includes a *30 Day Drop Dead* provision on all future Plan Payments to the Trustee.

2. **Plan Payments shall be payable to:**
   Lucy G. Sikes
   Chapter 13 Trustee
   PO BOX 2218
   MEMPHIS, TN 38101-2218

   [ ] Payroll Deduction is ordered: Unless previously ordered, the Debtor(s) employer is ordered to deduct payments from the earnings of the Debtor, draw checks in the name of the Standing Trustee and mail same on or before each due date reflected above, until further Order of this Court.

   [X] No payroll deduction is ordered.

3. **Attorney's Fees:**
   The Debtor(s) attorney is awarded a fee in the amount of <u>$3,300.00</u>, of which <u>$3,300.00</u> is due and payable from the Bankruptcy Estate without prejudice to filing a Noticed Fee Application for additional sums for services expended pre- and post- filing. Attorney fee is inclusive of the fee in the amount of <u>$500.00</u> for the modification listed above.

###