UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-11192 |
| | § | |
| JAMES MILTON POLLARD, | § | Chapter 13 |
| | § | |
| Debtor(s). | § | |

## AMENDED NOTICE OF HEARING

Please take notice that Cerastes, LLC (hereafter called "Movant") has filed a Motion for Relief from the Automatic Stay as to the Vehicle described as a 2013 Yamaha YFM125GDGR, VIN: JY4AE03Y4DC009679 (The "Vehicle"). The Motion seeks to have the order lifting stay made immediately pursuant to Section 362(d) of the bankruptcy Code, Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 4001-1.

Notice is further is given that a hearing will be heard on Cerastes, LLC's Motion on the 29th day of December, 2015 at 9:30 a.m. in the Bankruptcy Court, Courtroom 4, 4th Floor, U. S. Courthouse 300 Fannin Street, Shreveport, Louisiana 71101 ***IF AND ONLY IF*** an answer, objection or opposition is filed with the Clerks office and mailed to undersigned counsel for Movant on or before the ***RESPONSE DEADLINE*** of ***DECEMBER 10, 2015.*** If no answer, objection or opposition is filed by the ***RESPONSE DEADLINE*** the court may grant the relief sought by default.

Mover understands and agrees that since the noticed hearing date is more than 30 days from the date of this notice and from the filing of this Motion, the automatic stay will remain in full force and effect pending the hearing on the Motion for Relief on December 29, 2015.

4837-5288-7339.1

1

Respectfully Submitted,

By: */s/ Christie P. Noel*
    Christie P Noel (#34007)
    LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
    100 East Vermilion Street, Suite 300
    Lafayette, LA 70501
    Ph: 337-326-5777
    Fax: 337-504-3341
    Christie.Noel@lewisbrisbois.com
    Attorney for Movant

**OF COUNSEL FOR:**
Weinstein & Riley, P.S.
2001 Western Ave., #400
Seattle, WA 98121
Phone: 206-269-3490

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| In re: | § Case No. 14-11192 |
| | § |
| JAMES MILTON POLLARD, | § Chapter 13 |
| | § |
| Debtor(s). | § |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay and Amended Notice of Hearing were served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on November 23, 2015:

<u>Trustee via E-Filing</u>
**Lucy G. Sikes**
P. O. Box 1770
Shreveport, LA 71166

<u>U.S. Trustee via E-Filing</u>
**Office of U.S. Trustee**
300 Fannin St., Suite 3196
Shreveport, LA 71101

<u>Debtor via First-Class Mail</u>
**James Milton Pollard**
7237 Golden Meadows
Greenwood, LA 71033

<u>Debtor's Counsel via E-Filing</u>
**Robert W. Raley**
209 Benton Road Spur
Bossier City, LA 71111

By: /s/ *Christie P. Noel*
Christie P. Noel

4818-9277-9307.1

1