**Form of order is denied. The Court will not waive Bankruptcy Rule 4001(a)(3). A replacement order may be uploaded.**



**THE RELIEF SOUGHT IN THIS ORDER IS DENIED.**
**SIGNED December 14, 2015.**

_____
**JEFFREY P. NORMAN**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 14-11192** |
| | § | |
| **JAMES MILTON POLLARD,** | § | **Chapter 13** |
| | § | |
| **Debtor** | | |

**ORDER**

Considering the Motion to Lift Stay filed by Cerastes, LLC, no opposition being filed, notice appearing proper, and good cause appearing:

IT IS ORDERED, ADJUDGED AND DECREED that the stay herein be and is hereby lifted as to the Vehicle described as a 2013 Yamaha YFM125GDGR, VIN: JY4AE03Y4DC009679 (the "Vehicle"), allowing Cerastes, LLC to exercise its state law remedies in and to said Vehicle.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the judgment be and is hereby made immediately executory pursuant to Rule 4001(a)(3);

###

This order was prepared by and submitted by:
Christie P Noel, LA. Bar Roll #34007
Counsel for Cerastes, LLC
100 East Vermilion Street, Suite 300
Lafayette, LA 70501
Ph: 337-326-5777
Fax: 337-504-3341
Christie.Noel@lewisbrisbois.com

1